UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUREN GOHL, as Next Friend of
JAYDEN GOHL,

    Plaintiffs,

vs().

LIVONIA PUBLIC SCHOOLS, et al.,

    Defendants,

and

M.D. DOE, by her Next Friend
FATHER OF M.D. DOE, et al.,

    Plaintiffs,

vs.

LIVONIA PUBLIC SCHOOLS, et al.,

    Defendants,

and

TERRI ROEDER, as Next Friend of
CAYDEN TELERICO,

    Plaintiffs,

vs.

LIVONIA PUBLIC SCHOOLS, et al.,

    Defendants.

_____/

Civil Action No. 12-CV-15199

HON. MARK A. GOLDSMITH

Civil Action No. 13-CV-11687

HON. JUDITH E. LEVY

Civil Action No. 13-CV-12012

HON. TERRENCE G. BERG

## **AMENDED SCHEDULING ORDER**

    On November 7, 2013, the Court conducted an extensive in-person status conference with the attorneys in all three matters. At that conference, the Court discussed the nature of

the cases and the number of witnesses involved with the attorneys. Through this lengthy discussion, the Court created a scheduling order that was entered in the cases.

On May 16, 2014, the parties in the above-referenced cases submitted to the Court a joint-stipulated order to extend certain deadlines by 90 days on the pertinent scheduling orders. The parties did not provide a detailed explanation for requesting the extension; the proposed order merely contains conclusory language about the difficulty of scheduling depositions and that a "significant number" of depositions need to be taken. In response to an inquiry from the Court, the parties stated that 18 more depositions need to be taken.

The Court concludes that the parties have not established good cause to warrant a 90-day extension. The parties knew in November 2013, when the current schedule was created with their input, the volume of discovery that needed to be completed. The Court agreed to their request for a fact discovery completion date of August 15. The Court concludes that the parties need, at most, an additional 30 days beyond the current completion date. Therefore, fact discovery and all other dates will be adjusted by 30 days. Accordingly, the Court extends the deadlines by 30 days, as set forth below.

| **Event** | **Due** |
| --- | --- |
| Lay Witness list | 6/16/2014 |
| Exhibit list | 6/16/2014 |
| Plaintiffs' identification of expert witnesses | 6/16/2014 |
| Defendants' identification of expert witnesses | 7/16/2014 |
| Fact discovery cut-off | 9/15/2014 |
| Plaintiffs' experts' disclosures | 10/15/2014 |
| Plaintiffs' experts' depositions taken | 12/1/2014 |
| Defendants' experts' disclosures | 12/31/2014 |
| Defendants' experts' depositions taken | 2/16/2015 |
| Dispositive motion cut-off | 3/18/2015 |
| All other motion cut-off | 7/1/2015 |

SO ORDERED.

Dated: May 23, 2014          s/Mark A. Goldsmith
    Flint, Michigan          MARK A. GOLDSMITH
         United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on May 23, 2014.

         s/Deborah J. Goltz
         DEBORAH J. GOLTZ
         Case Manager